# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual, RUSTY RENDON, an individual, and LUIS LICEA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CVB, INC., a Utah corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-00017-JVS-JDE<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: December 4, 2019<br>Removal Date: January 3, 2020 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3  prejudice Plaintiffs' Complaint in the above-entitled action.  Each party shall bear their
4  own respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 27, 2020              By: _____
                                       The Honorable James V. Selna
                                       United States District Court Judge

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**